UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ELIOT CUADRADO-ALMODOVA, CARLOS FRANCO, PABLO LEBRON-RIVERA, TEODORO LOPEZ-SANTOS, FERNANDO MARTINEZ-TIBURCIO, RAFAEL ROMERO MONTANEZ, ANDRES RAMIREZ-RODRIGUE, and JOVHAN SALDANA, | ) 12m - 5151- JCB ) ) **FILED UNDER SEAL** ) ) ) |
| Defendants. | ) |

## MOTION TO SEAL

The United States of America hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

7/6/12 Allowed
Jennifer Jay Boar JCB

The United States further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ David J. D'Addio
David J. D'Addio
Assistant U.S. Attorney

Dated: July 6, 2012