AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Carlos Franco<br>*Defendant* | )<br>)<br>)  Case No. 12m-5151-JGD<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Carlos Franco, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)

Conspiracy to possess with intent to distribute and to distribute a kilogram or more of heroin, a Schedule I controlled substance, and five kilograms or more of cocaine, a Schedule II controlled substance.

Date: 7/6/2012

_____
*Issuing officer's signature*

City and state: Boston, Massachusetts       U.S. Magistrate Judge Judith G. Dein
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*