UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
12-10219-NMG

UNITED STATES OF AMERICA

v.

CARLOS FRANCO,
FERNANDO MARTINEZ-TIBURCIO,
THEODORE LOPEZ-SANTOS,
GREGORIO AJALA-MALDONADO
and MELVIN ROSARIO-SOTO

## INITIAL SCHEDULING ORDER

July 26, 2012

DEIN, M.J.

The above named defendants have been arraigned before this court on **July 26, 2012**, and has elected to proceed under the automatic discovery rules.  Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules, D. Mass. ("LR") 116.1 through 116.4.  Furthermore, it is HEREBY ORDERED that:

1. The date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **August 27, 2012**.  The parties are reminded of their obligation under LR 116.1(c) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference will be held on **September 27, 2012 at 2:00PM in Courtroom #15 on the 5th Floor**.[1]  The Joint Memorandum

---

[1] Defendants are not required to be present at the Initial Status Conference.  Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference.

addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **September 24, 2012**.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
                                                United States Magistrate Judge

---

See Fed. R. Crim. P. 43(c)(3).