UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
12-10219-NMG

UNITED STATES OF AMERICA

v.

CARLOS FRANCO,
FERNANDO MARTINEZ-TIBURCIO,
THEODORE LOPEZ-SANTOS,
GREGORIO AJALA-MALDONADO
and MELVIN ROSARIO-SOTO

## ORDER ON EXCLUDABLE TIME

July 26, 2012

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the parties require time to develop their respective discovery plans and to produce discovery under the automatic discovery process, and that the defendant requires the time for the preparation of an effective defense, including time for review of the evidence, preparation of motions and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within

seventy days of the return of an indictment. I further find that not granting this continuance would deny counsel for both the government and the defendant a reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of

July 26, 2012 through September 27, 2012,

that being the period between the arraignment and the Initial Status Conference.

Based upon this order, at the time of the Initial Status Conference, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

   / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge