UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
12-10219-NMG

UNITED STATES OF AMERICA

v.

CARLOS FRANCO,
FERNANDO MARTINEZ-TIBURCIO,
THEODORE LOPEZ-SANTOS,
GREGORIO AJALA-MALDONADO
and MELVIN ROSARIO-SOTO

## MEMORANDUM AND ORDER OF DETENTION

July 26, 2012

DEIN, M.J.

The defendants are charged in an indictment with conspiracy to possess with intent to distribute and to distribute cocaine and heroin in violation of 21 U.S.C. § 846. An initial appearance was held on July 9, 2012 at which time the government moved for detention pursuant to 18 U.S.C. §§ 3142(f)(1)(B), (f)(1)(C), (f)(2)(A) as well as other sections, on the grounds that the defendants pose a serious danger to the community and risk of flight. The defendants were represented by counsel.

A detention hearing was scheduled for July 26, 2012. At the outset of the hearing the defendants, through counsel, consented to the entry of an order of detention, without prejudice to their rights to reopen the issue at a later date.

Accordingly, it is ORDERED that the defendants be DETAINED pending trial, and it is further ORDERED --

(1)     That the defendants be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendants be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendants are detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendants filing a motion at any time seeking a hearing to consider the issue of pre-trial detention, regardless whether there have been changed circumstances.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge