UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-10219-NMG |
| | ) | |
| CARLOS FRANCO, | ) | |
|     Defendant | ) | |

**MOTION TO WITHDRAW**

The undersigned appointed counsel hereby moves to withdraw from his representation of the above defendant, Carlos Franco ("Franco"), in connection with the above-captioned action. In support of this motion, counsel states as follows:

1. This is a 9-defendant federal wiretap case that is focused on an alleged conspiracy to distribute heroin and cocaine in the greater Boston area from October 2010 to July 9, 2012. Franco is charged in one count with conspiracy, in violation of 21 U.S.C. §846. Franco was arrested on July 9, 2012 and the undersigned counsel was appointed to represent him on or about the same date. The case is in the early stages of discovery and the undersigned has received this week the government's automatic discovery letter dated August 27, 2012 together with numerous enclosures.

2. The undersigned counsel has accepted an offer of employment as the First Assistant District Attorney at the Middlesex County District Attorney's Office in Massachusetts. Accordingly, the undersigned will not be able to represent Franco in this case.

3. The undersigned counsel has organized the evidence for successor counsel in order to ensure continuity of representation in the most cost-efficient manner. In addition, the undersigned counsel has been in contact with Franco about this change.

1

For these reasons, the undersigned counsel respectfully requests that the Court allow this motion to withdraw.

>Respectfully submitted,
>
>CARLOS FRANCO
>By his attorney,
>
>/s/ Michael J. Pelgro
>Michael J. Pelgro, BBO #393280
>Perry, Krumsiek & Jack LLP
>101 Arch Street, 19th Floor
>Boston, MA 02110
>Telephone: (617) 720-4300
>Facsimile: (617) 720-4310
>mpelgro@pkjlaw.com

Dated: August 30, 2012.

### CERTIFICATE OF SERVICE

I, Michael J. Pelgro, Esq., hereby certify that, on August 30, 2012, the foregoing document, filed through the ECF system, was served electronically on the registered participants as identified on the notice of electronic filing as of August 30, 2012.

>/s/ Michael J. Pelgro
>Attorney for Carlos Franco