UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                                            DOCKET NO: 12-10219

CARLOS FRANCO

NOTICE OF APPEARANCE

Now comes the undersigned, William Keefe, Massachusetts Board of Bar Overseers Registration Number 556817, and respectfully enters his appearance for all purposes on behalf of the defendant in the above-captioned matter.

                                                Respectfully submitted,
                                                **Carlos Franco,**
                                                By his attorney,

Dated: September 12, 2012        /s/William Keefe
                                                **William Keefe**
                                                BBO: 556817
                                                801 C Tremont Street
                                                Roxbury, MA 02118
                                                Telephone (617) 442-9201
                                                Facsimile: (617) 445-8002

## CERTIFICATE OF SERVICE

     I, William Keefe, hereby certify that a copy of the enclosed Notice of Appearance was electronically mailed to the United States Attorney, United States Attorney's Office, 9th Floor, 1 Courthouse Way, Boston, MA 02210 today September 12, 2012.