UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              DOCKET NO: 2012CR10219-NMG

CARLOS FRANCO

DEFENDANT'S MOTION FOR RELEASE ON CONDITIONS

Now comes the defendant through counsel and pursuant to Title 18 U.S.C. § 3142, respectfully requests that the Court release him pursuant to conditions set forth below. The undersigned submits that these conditions are sufficient to ensure the defendant's appearance at future Court hearings, events and a possible trial in this case.

**Biographical Information**:

The undersigned submits that the Pre-Trial Services report created for the defendant contains accurate information about the defendant's personal background. This information includes reference to the fact that the defendant is a permanent resident of the United States, is married with children, rents an apartment in Dorchester, and has been gainfully employed for many years. In addition, the defendant does not have a criminal record. The defendant presents himself with significant roots in the community, family ties and should be considered a good candidate for release on conditions.

1

**Suggested Conditions:**

The undersigned argues that conditions can be set to ensure the defendant's appearance at future Court events. The undersigned believes that some of the following conditions are appropriate and would satisfy any concern of risk of flight or danger raised by the charges in the indictment:

1. That the defendant sign an unsecured bond in the amount of $50,000.00;

2. That $5,000.00 in cash bail be posted with the Office of the Clerk of the United States District Court;

3. That the defendant reside at his home in Dorchester where he would be subject to electronic monitoring and be permitted to leave his house during daytime hours for employment reasons.

4. That the defendant report in person or by telephone with the Office of Pre Trial Services on a weekly basis during the pendency of this case;

5. That the defendant refrain from violating any federal or state laws;

6. That the defendant surrender any passport he possesses. If the defendant does not possess such a passport, he agrees to not apply for any such passport while out on release during the pendency of this case;

7. That the defendant refrain from any contact with either co-defendant or witness associated with the pending prosecution against him;

8. That the defendant not possess a firearm or other dangerous weapon;

9. That the defendant not travel outside the State of Massachusetts without seeking permission from the Court;

10. And any other further condition the Court believes appropriate to ensure the defendant's appearance at trial.

Wherefore, the defendant respectfully requests that he be released from custody during the pendency of this matter pursuant to the conditions referenced above and any other conditions that the Court deems appropriate.

                                              Respectfully submitted,
                                              **Carlos Toribio Franco,**
                                              by his lawyer,

Date September 25, 2012                /s/ William Keefe
                                              **William Keefe**
                                              **BBO # 556817**
                                              801C Tremont Street
                                              Boston, MA 02118
                                              Telephone: (617) 442-9201
                                              Facsimile: (617) 445-8002

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that a copy of the enclosed Defendant's Motion for Release on Conditions was electronically mailed to the United States Attorney, United States Attorney's Office, 9th Floor, 1 Courthouse Way, Boston, MA 02210, today September 25, 2012.