UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 12-10219-NMG |
| JOVHAN SALDANA et al., | ) |
| | ) |
| Defendants. | ) |

ASSENTED-TO MOTION TO CONTINUE INITIAL STATUS CONFERENCE

By and through the undersigned Assistant United States Attorney, and with the assent of defense counsel, the government moves herein to continue the initial status conference scheduled for September 27, 2012. In support of this motion, the government states as follows:

1. The undersigned Assistant U.S. Attorney is currently on trial before Chief Judge Mark Wolf in the case of United States v. Castro-Caicedo, 09-10216-MLW, and will be on trial on September 27, 2012.

2. Discovery is ongoing, and the government respectfully requests that the Court set a new date in approximately two weeks for the initial status conference.

3. The government further respectfully requests that, in the interests of justice, all time between September 27, 2012, and the new status conference date set by the Court be excluded under the Speedy Trial Act.

          Respectfully submitted,

          CARMEN M. ORTIZ
          UNITED STATES ATTORNEY

By:    /s/ David J. D'Addio
       David J. D'Addio
       Assistant U.S. Attorney

Dated: September 26, 2012

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

  /s/ David J. D'Addio
David J. D'Addio
Assistant United States Attorney

Date: September 26, 2012