UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
12-10219-NMG

UNITED STATES OF AMERICA
v.

JOVHAN SALDANA et al.

**INTERIM STATUS REPORT**

November 29, 2012

DEIN, M.J.

An Interim Status Conference was held before this court on Thursday, November 29, 2012, pursuant to the provisions of Local Rule 116.5(b).  Based on that report, this court enters the following report and orders, to wit:

1. The government has made its initial automatic discovery production, and is continuing to produce additional wiretap information from separate investigations.  The defendants are reviewing the very voluminous amounts of documents.

2. The government will continue to produce materials as it is receive, including materials it expects to receive from the Dominican Republic.

3. The defendants may request additional discovery following their review of the materials produced by the government.  Much of the discovery is in Spanish and the parties are attempting to establish an efficient and cost-effective method of review and translation of such materials.  The parties will file a joint status report on the progress of their discussions by December 20, 2012.

4. The wiretap materials produced as a part of this investigation are subject to a protective order, which remains in effect.  No additional protective order is requested.

5. The date for filing any discovery and/or dispositive motions shall be set at the next status conference.

6. The government will make its expert discovery disclosures 45 days before trial. The defendants will make their expert disclosures 25 days before trial.

7. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

    Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of November 29, 2012 through January 11, 2013, that being the period between the expiration of the last order on excludable time and the next status conference.

    Based upon the prior orders of the court dated July 26, 2012, July 31, 2012 October 11, 2012, and the order entered contemporaneously herewith, at the time of the Interim Status Conference on January 11, 2013 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

8. **An Interim Status Conference has been scheduled for January 11, 2013 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum pursuant to the Local Rules before the close of business no less than THREE business days prior to that Status Conference**.

    / s / Judith Gail Dein
    JUDITH GAIL DEIN
    UNITED STATES MAGISTRATE JUDGE