UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
12-10219-NMG

UNITED STATES OF AMERICA

v.

JOVHAN SALDANA et al.

**ORDER ON EXCLUDABLE TIME**

November 29, 2012

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to

the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for

Prompt Disposition of Criminal Cases in the United States District Court for the District

of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for

Implementing Them, Effective December 2008), that the defendants require the time for

the preparation of an effective defense, including time for review of the evidence,

preparation of motions and consideration of alternatives concerning how best to

proceed, and that the interests of justice outweighs the best interests of the public and

the defendants for a trial within seventy days of the return of an indictment and that not

granting this continuance would deny counsel for the defendants a reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.

See 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable

time for the period of

November 29, 2012 through January 11, 2013,

that being the period between the Interim Status Conference and the next status

conference.

Based upon the prior orders of the court dated July 26, 2012, July 31, 2012,

October 11, 2012 and this order, at the time of the Interim Status Conference on

January 11, 2013, there will be zero (0) days of non-excludable time under the Speedy

Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this

case must be tried.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge