UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 12-10219-NMG |
| JOVHAN SALDANA et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STATUS REPORT

The United States of America, by its attorneys Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Assistant United States Attorney David J. D'Addio, respectfully submits this preliminary status report pursuant to the Court's November 29, 2012 Order.

1.     As the Court is aware, this case arose from a long-term investigation that involved multiple Title III wiretaps in the District of Massachusetts. Nearly all of the intercepted communications were in Spanish. With respect to those wiretaps, the government has provided to defendants, among other materials, the following: (1) audio recordings of all intercepted telephone calls; (2) call data for all intercepted calls (including the date, time, duration, and incoming/outgoing digits); (3) searchable English synopses and/or preliminary transcripts of all intercepted calls ("line sheets").[1] These documents were provided on CDs (one for each target telephone number) with an indexing program that allows the user to click on hyperlinks to any

---

[1] In addition to the wiretaps conducted in connection with this investigation, certain defendants were intercepted on wiretaps in the District of Massachusetts that were conducted in connection with other, separate investigations. These additional intercepted telephone conversations, along with the associated wiretap applications, affidavits, and orders were produced in October 2011. Additional wiretap materials from those separate investigations remain available for inspection and copying. The government is currently in the process of obtaining wiretap materials relating to a wiretap conducted by law enforcement in the Dominican Republic in which multiple defendants were intercepted. As stated in the government's August 27, 2012 discovery letter to defense counsel, the government will provide those materials upon receipt.

audio recording and the corresponding synopsis/preliminary transcript.  Each audio file includes, among other things, the date, time, and recording session number, which can be used to locate the corresponding line sheet.  In addition, each CD contains a single, searchable PDF file with the call data and call synopses/preliminary transcripts set forth in chronological order.  The government is providing the Court separately, as an illustrative example for *in camera* review, one of the wiretap CDs provided to defendants in discovery.  The audio recordings, call data, and line sheets have also been provided to the facilities where defendants, who speak Spanish, are currently incarcerated to facilitate their review of these materials.

2.  The government has discussed the matters raised at the November 29, 2010 status conference with counsel for defendants Maldonado and Rodriguez.  Counsel for Maldonado has requested that the government transcribe approximately 3,900 intercepted conversations.  Counsel for Maldonado has informed the government that he has narrowed the universe of what he estimates to be over 37,000 recordings to approximately 3,900 by focusing on a limited time period of less than the two most pertinent months during which interceptions occurred.  Counsel for Maldonado has requested in the alternative that the government have a Spanish-speaking agent review the approximately 3,900 recordings for *Brady* material.

3.  In addition to discussing these matters with the parties, the government has also discussed these matters internally within the U.S. Attorney's Office.  The government continues to believe that it has no obligation to provide translations of those calls beyond the synopses and preliminary transcripts it has already provided, or otherwise have its agents conduct further review of intercepted calls at the direction of defense counsel.  The government views the defendant's assertion that the calls contain *Brady* material as entirely speculative.  The government believes it has complied with its discovery obligations to date in this regard by providing the calls, call data, and synopses/preliminary transcripts.  Moreover, as noted, the

government has provided the recorded conversations and line sheets to the facilities where the defendants are incarcerated, enabling the defendants themselves to review each and every intercepted call for anything that defense counsel considers to be exculpatory.  The government has handled its wiretap discovery in a manner consistent with longstanding historical practices regarding Spanish-language wiretaps conducted in this District.

4. The government has further offered to load the call data and synopses/preliminary transcripts into a database and to conduct searches of these materials in consultation with defense counsel in order to assist defense counsel in identifying potential calls of interest to specific defendants and potentially narrow the scope of what they believe they need to review.  The parties continue to discuss whether this course of action would prove useful and will apprise the Court of the results of those discussions.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:  */s/ David J. D'Addio*
David J. D'Addio
Assistant U.S. Attorney

Dated: December 20, 2012

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ David J. D'Addio*
David J. D'Addio
Assistant United States Attorney

Date: December 20, 2012