UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
12-10219-NMG

UNITED STATES OF AMERICA

v.

JOVHAN SALDANA, et al.

### ORDER RE TRANSLATION OF DOCUMENTS

February 26, 2013

DEIN, M.J.

In this case, thousands of telephone conversations have been recorded. The conversations are predominantly in Spanish. The court and the parties have been discussing ways to arrange for the identification of conversations which the defendants want translated, and for the translation of such conversations, in a timely and cost-effective manner. In addition to oral argument, the court has considered the "Defendants' Joint Proposal in Response to Court's Interim Status Report of January 11, 2013" (Docket No. 66) ("Defs. Proposal"), and the government's "Memorandum Regarding Defendants' Joint Proposal" (Docket No. 67) ("Gvt. Proposal").

After consultation with the District Judge, it is hereby ordered that upon the filing of an appropriate motion, the court will authorize the defendants' expenditure of up to $3,000 for the use of a translator to review a sample of intercepted calls and to compare them to line sheets that the government has already produced. In connection

with any request for additional funds, the defendants will have to submit a budget as unlimited funds are not available.

This court will not adopt the remainder of the defendants' proposed protocol at this time. The defendants shall file a status report following the translations authorized herein. Any requests for a bill of particulars or to compel the production of information outside the protocol of the Local Rules shall be made by way of a motion.

This matter shall be discussed further at the next status conference.

    / s / Judith Gail Dein
Judith Gail Dein
U.S. Magistrate Judge