UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | Crim. No. 12-10219-NMG |
| JOVHAN SALDANA et al., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF CHANGE OF FIRM

Effective today the new address for Barry S. Pollack, attorney for Gregorio Ajala Maldonado is:

Barry S. Pollack
Pollack Solomon Duffy LLP
133 Federal Street, Suite 902
Boston, MA  02110
617-439-9800
bpollack@psdfirm.com

Please deliver and serve all documents at the above address, and contact me at the above telephone number and/or email address.

Respectfully submitted,

/s/  Barry S. Pollack
Barry S. Pollack
Pollack Solomon Duffy LLP
133 Federal Street, Suite 902
Boston, MA  02110
617-439-9800

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on Date.

/s/ Barry S. Pollack