UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
12-10219-NMG

UNITED STATES OF AMERICA
v.

JOVHAN SALDANA et al.

### INTERIM STATUS REPORT

March 1, 2013

DEIN, M.J.

An Interim Status Conference was held before this court on Friday, March 1, 2013, pursuant to the provisions of Local Rule 116.5(b).  Based on that report, this court enters the following report and orders, to wit:

1. The government has made its initial automatic discovery production, and has produced materials received from the Dominican Republic.  Some defendants are having difficulties with some discs that have been produced.  This issue will be resolved by the next status conference.

2. The defendants may request additional discovery following their review of the materials produced by the government.  Much of the discovery is in Spanish and the parties are continuing to work to establish an efficient and cost-effective method of review and translation of such materials.  By the next status conference, the defendants will have arranged for the translation of line sheets (up to $3,000 of a translator's time) to evaluate the accuracy of the translations undertaken by the government to date.  At the next status conference the parties will address the scope of additional translations.

3. Some defendants will be requesting additional funds for translator services for meetings with counsel.

4. The wiretap materials produced as a part of this investigation are subject to a protective order, which remains in effect.  No additional protective order is requested.

5. The date for filing any discovery and/or dispositive motions shall be set at the next status conference.

6.     The government will make its expert discovery disclosures 45 days before trial.  The defendants will make their expert disclosures 25 days before trial.

7.     This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

    Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of March 1, 2013 through March 22, 2013, that being the period between the expiration of the last order on excludable time and the next status conference.

    Based upon the prior orders of the court dated July 26, 2012, July 31, 2012 October 11, 2012,November 29, 2012, January 11, 2013 and the order entered contemporaneously herewith, at the time of the Interim Status Conference on March 22, 2013 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

8.     **An Interim Status Conference has been scheduled for March 22, 2013 at 2:00 p.m.  Counsel for the respective parties shall file a Joint Memorandum pursuant to the Local Rules before the close of business no less than THREE business days prior to that Status Conference**.

                                           / s / Judith Gail Dein  
                                           JUDITH GAIL DEIN  
                                           UNITED STATES MAGISTRATE JUDGE