UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
12-10219-NMG

UNITED STATES OF AMERICA
v.

JOVHAN SALDANA et al.

**INTERIM STATUS REPORT**

March 22, 2013

DEIN, M.J.

An Interim Status Conference was held before this court on Friday, March 22, 2013, pursuant to the provisions of Local Rule 116.5(b).  Based on that report, this court enters the following report and orders, to wit:

1. The government has made its initial automatic discovery production, and has produced materials received from the Dominican Republic.  All issues regarding problems with discs have been resolved.

2. The defendants may request additional discovery following their review of the materials produced by the government.  Much of the discovery is in Spanish and the parties are continuing to work to establish an efficient and cost-effective method of review and translation of such materials.  The defendants have arranged for the translation of line sheets (up to $3,000 of a translator's time) to evaluate the accuracy of the translations undertaken by the government to date, and expect to receive reports from the translators within the next week.  At the next status conference the parties will address the scope of additional translations.

3. After the defendants receive the translators' reports, they will consult with the government, if necessary, about how best to proceed to obtain the translation of documents the defendants want translated.  In the event that court involvement is necessary, the defendants shall file any motion relating to the issue of translation by **April 19, 2013** and all such motions will be addressed at the next status conference.

4. The wiretap materials produced as a part of this investigation are subject to a protective order, which remains in effect.  No additional protective order is requested.

5.  The date for filing any discovery and/or dispositive motions shall be set at the next status conference.

6.  The government will make its expert discovery disclosures 45 days before trial. The defendants will make their expert disclosures 25 days before trial.

7.  This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

    Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of March 22, 2013 through May 8, 2013, that being the period between the expiration of the last order on excludable time and the next status conference.

    Based upon the prior orders of the court dated July 26, 2012, July 31, 2012 October 11, 2012,November 29, 2012, January 11, 2013, March 1, 2013 and the order entered contemporaneously herewith, at the time of the Interim Status Conference on May 8, 2013 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

8.  **An Interim Status Conference and hearing on any outstanding motions has been scheduled for May 8, 2013 at 2:30 p.m. Counsel for the respective parties shall file a Joint Memorandum pursuant to the Local Rules before the close of business no less than THREE business days prior to that Status Conference**.

                                                   / s / Judith Gail Dein
                                             JUDITH GAIL DEIN
                                             UNITED STATES MAGISTRATE JUDGE