UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
12-10219-NMG

UNITED STATES OF AMERICA
v.

JOVHAN SALDANA et al.[1]

**INTERIM STATUS REPORT**

May 8, 2013

DEIN, M.J.

An Interim Status Conference was held before this court on Wednesday, May 8, 2013, pursuant to the provisions of Local Rule 116.5(b).  Based on that report, this court enters the following report and orders, to wit:

1.     The defendant Domingo Rodriguez is still awaiting the results of the translation of line sheets to evaluate the accuracy of the translations undertaken by the government to date, and expects to have the results shortly.  Despite diligent efforts, it has been difficult finding certified translators with time to complete the work.

2.     Any additional discovery requests shall be made by the next status conference.  In addition, at the next status conference the parties will address the scope of additional translations if necessary.

3.     After the defendants receive the translators' reports, they will consult with the government, if necessary, about how best to proceed to obtain the translation of documents the defendants want translated.  In the event that court involvement is necessary, the defendants shall file any motion relating to the issue of translation in time to be heard at the next status conference.

---

[1]Defendants Gregorio Ajala-Maldonado  and Andres Ramirez-Rodrigue have entered pleas, and a Rule 11 hearing has been scheduled by the District Judge for Fernando Marinez-Tiburcio. Consequently, this Interim Report does not relate to their cases.

4.   The wiretap materials produced as a part of this investigation are subject to a protective order, which remains in effect.  No additional protective order is requested.

5.   The date for filing any discovery and/or dispositive motions shall be set at the next status conference.

6.   The government will make its expert discovery disclosures 45 days before trial and the defendants will make their disclosures 25 days before trial.

7.   This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of May 8, 2013 through June 7, 2013, that being the period between the expiration of the last order on excludable time and the next status conference.

Based upon the prior orders of the court dated July 26, 2012, July 31, 2012 October 11, 2012,November 29, 2012, January 11, 2013, March 1, 2013, March22, 2013 and the order entered contemporaneously herewith, at the time of the Final Status Conference on June 7, 2013 there will be zero (0) days of non-excludable time and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

8.   **A Final Status Conference and hearing on any outstanding motions has been scheduled for June 7, 2013 at 10:15 a.m.  Counsel for the respective parties shall file a Joint Memorandum pursuant to the Local Rules before the close of business no less than THREE business days prior to that Status Conference**.

9.   Defendants Carlos Franco and Theodoro Lopez-Santos are engaged in plea negotiations which the parties anticipate will be successful.  It is too early to determine if a trial is likely with respect to the remaining defendants Jovhan Saldana and Domingo Rodriguez.

_____/ s / Judith Gail Dein_____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE