UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
12-10219-NMG

UNITED STATES OF AMERICA

v.

JOVHAN SALDANA et al.[1]

### ORDER ON EXCLUDABLE TIME

March 22, 2013

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the defendants require the time for the preparation of an effective defense, including time for review of the evidence, preparation of motions and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment and that not granting this continuance would deny counsel for the defendants a reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

---

[1] Defendants Gregorio Ajala-Maldonado and Andres Ramirez-Rodrigue have entered pleas, and a Rule 11 hearing has been scheduled by the District Judge for Fernando Marinez-Tiburcio. Consequently, this Order relates to the remaining defendants.

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of

>May 8, 2013 through June 7, 2013,

that being the period between the Interim Status Conference and the next status conference.

Based upon the prior orders of the court dated July 26, 2012, July 31, 2012, October 11, 2012, November 29, 2012, January 11, 2013, March 1, 2013, March 22, 2013 and this order, at the time of the Final Status Conference on June 7, 2013, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge