*Robert M. Goldstein*
*Attorney at Law*
*The Statler Building*
*20 Park Plaza, Suite 1000*
*Boston, Massachusetts 02116*
*(617) 742-9015 · Facsimile (617) 742-9016*
*rmg@goldstein-lawfirm.com*

May 21, 2013

Thomas Quinn
Clerk for Magistrate Judge Dein
1 Courthouse Way, Suite 2300
Boston, MA 02210

    RE:   **US v. Domingo Rodriguez**
             Case No. 12-cr-10219

Dear Hon. Dein,

    I am writing to notify the Court that the defendant, Domingo Rodriguez, has no objection to the substitution of William Connolly as counsel of record in this case and my withdrawal.

                                                Respectfully,

                                                Robert M. Goldstein

cc:    David D'Addio
       Assistant U.S. Attorney

       Domingo Rodriguez
       Plymouth County House of Correction