UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
12-10219-NMG

UNITED STATES OF AMERICA
v.

JOVHAN SALDANA et al.[1]

**FINAL STATUS REPORT**

June 7, 2013

DEIN, M.J.

A Final Status Conference was held before this court on Friday, June 7, 2013, pursuant to the provisions of Local Rule 116.5(c).  Based on that report, this court enters the following report and orders, to wit:

1. Defendants Gregorio Ajala-Maldonado and Carlos Ramirez (f/k/a Melvin Rosario-Soto) pled guilty on April 18, 2013.  Defendant Fernando Martinez-Tiburico pled guilty on May 9, 2013.

    Defendants Carlos Franco and Theodoro Lopez-Santos are very likely to be seeking a change of plea hearing in the near future.

    It is too early to know whether a trial is likely with respect to the remaining defendants Jovhan Saldana and Domingo Rodriguez.

    Two other defendants remain as fugitives: Andres Ramirez-Rodrigue and Eliot Cuadrado-Almodova.

2. An Initial Status Conference should be scheduled before the District Judge.

3. All discovery is complete except for expert disclosures and discovery which has not yet been produced in accordance with the Local Rules. The government will make its expert discovery disclosures 45 days before trial and the defendants will make their disclosures 25 days before trial.

---

[1] This Final Status Report relates to defendants Jovhan Saldana, Carlos Franco, Theodoro Lopez-Santos, and Domingo Rodriguez.

4. There are no pending or anticipated discovery disputes. The defendants do not intend to file dispositive motions. However, the defendant Rodriguez states that to the extent Fed. R. Crim. P. 12 applies to the conspiracy count charged in this case, the government has not complied with the Rule's requirement that the government request for alibi notice state the time, date, and place of the alleged offense, and he therefore reserves the right to present an alibi defense. The government believes that it has complied with the Rule's requirement regarding requests for alibi notice.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendants require additional time for the preparation of an effective defense, including time for review of the evidence, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendanta for a trial within seventy days of the return of an indictment.

   Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of June 7, 2013, the date of the Final Status Conference, through the Initial Status Conference before the District Judge.

   Based upon the prior orders of the court dated July 26, 2012, July 31, 2012 October 11, 2012,November 29, 2012, January 11, 2013, March 1, 2013, March 22, 2013, May 8, 2013 and the order entered contemporaneously herewith, at the time of the Initial Status Conference before the District Judge there will be zero (0) days of non-excludable time and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. The government reports that if this case were to go to trial, depending on how many defendants went to trial and what stipulations were reached, the trial would likely last 10 days.

7. This file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                              / s / Judith Gail Dein

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE